**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VINH DU, derivatively on behalf of ENTEROMEDICS, INC. and individually and on behalf of himself and all other similarly situated stockholders of ENTEROMEDICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARY BLACKFORD, DAN W. GLADNEY, CARL GOLDFISCHER, BOBBY I. GRIFFIN, LORI C. MCDOUGAL, NICHOLAS L. TETI JR., JON T. TREMMEL, NAGEEB A. ANSARI, PETER M. DELANGE, PAUL F. HICKEY, SCOTT YOUNGSTROM, and ENTEROMEDICS, INC.,<br><br>Defendants. | Civil Action No. 1:17-cv-00194-VAC-CJB<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Defendants Gary Blackford, Dan W. Gladney, Carl Goldfischer, Bobby I. Griffin, Lori C. McDougal, Nicholas L. Teti Jr., Jon T. Tremmel, Nageeb A. Ansari, Peter M. Delange, Paul F. Hickey, Scott Youngstrom, and EnteroMedics, Inc. (the "Defendants"), by and through their undersigned counsel, hereby move pursuant to Federal Rules of Civil Procedure 12(b)(6), 9(b), and 23.1 (the "Motion") for an Order dismissing the Complaint [D.I. 1] filed by Plaintiff Vinh Du, individually and on behalf of himself and all other similarly situated stockholders of EnteroMedics, Inc., and derivatively on behalf of EnteroMedics, Inc., for failure to state a claim upon which relief can be granted.

The grounds for this Motion are set forth in Defendants' Memorandum in Support of Motion to Dismiss filed concurrently with this Motion.

Dated: April 17, 2017

Respectfully submitted,

DORSEY & WHITNEY (DELAWARE) LLP

/s/ Eric Lopez Schnabel
Eric Lopez Schnabel (DE Bar No. 3672)
schnabel.eric@dorsey.com
Robert W. Mallard (DE Bar No. 4279)
mallard.robert@dorsey.com
Alessandra Glorioso (DE Bar No. 5757)
glorioso.alessandra@dorsey.com
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Tel: (302) 425-7171

Theresa M. Bevilacqua (MN No. 031500X)
(*to be admitted pro hac vice*)
bevilacqua.theresa@dorsey.com
Chelsea R. McLean (NY No. 4757027)
(*to be admitted pro hac vice*)
mclean.chelsea@dorsey.com
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Tel: (612) 340-2600

*Attorneys For Defendants Gary Blackford, Dan W. Gladney, Carl Goldfischer, Bobby I. Griffin, Lori C. McDougal, Nicholas L. Teti Jr., Jon T. Tremmel, Nageeb A. Ansari, Peter M. Delange, Paul F. Hickey, Scott Youngstrom, and EnteroMedics, Inc.*

VINH DU, derivatively on behalf of ENTEROMEDICS, INC. and individually and on behalf of himself and all other similarly situated stockholders of ENTEROMEDICS, INC.,

Plaintiff,

v.

GARY BLACKFORD, DAN W. GLADNEY, CAROL GOLDFISCHER, BOBBY I. GRIFFIN, LORI C. MCDOUGAL, NICOLAS L. TETI JR., JON T. TREMMEL, NAGEEB A. ANSARI, PETER M. DELANGE, PAUL F. HICKEY, SCOTT YOUNSTROM, and ENTEROMEDICS, INC.,

Defendants.

**CERTIFICATE OF SERVICE**

I, Alessandra Glorioso, Esq. hereby certify that on the 17th day of April 2017, I caused a copy of the foregoing document to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") System and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 N. Market St.
12th Floor
Wilmington, DE 19801

Steven J. Purcell
Douglas E. Julie
Robert H. Lefkowitz
Purcell Julie & Lefkowitz LLP
65 Broadway, Suite 828
New York, New York 10006

DATED this 17th day of April, 2017.

DORSEY & WHITNEY (DELAWARE) LLP

By: /s/ Alessandra Glorioso
Eric Lopez Schnabel (DE No. 3672)
schnabel.eric@dorsey.com
Robert W. Mallard (DE No. 4279)
mallard.robert@dorsey.com
Alessandra Glorioso (DE No. 5757)
glorioso.alessandra@dorsey.com
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Tel: (302) 622-8820

*Attorneys for Defendants Gary Blackford, Dan W. Gladney, Carl Goldfischer, Bobby I. Griffin, Lori C. McDougal Nicholas L. Teti Jr., Jon T. Tremmel, Nageeb A. Ansari, Peter M. Delange, Paul F. Hickey, Scott Youngstrom, and Enteromedics, Inc.*