IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VINH DU, derivatively on behalf of ENTEROMEDICS, INC. and individually and on behalf of himself and all other similarly situated stockholders of ENTEROMEDICS, INC. <br><br> Plaintiff, <br><br> v. <br><br> GARY BLACKFORD, DAN W. GLADNEY, CARL GOLDFISCHER, BOBBY I. GRIFFIN, LORI C. MCDOUGAL, NICHOLAS L. TETI JR., JON T. TREMMEL, NAGEEB A. ANSARI, PETER M. DELANGE, PAUL F. HICKEY, SCOTT YOUNGSTROM, and ENTEROMEDICS, INC. <br><br> Defendants. <br><br> and <br><br> ENTEROMEDICS, INC., <br><br> Nominal Defendant. | Civil Case No. 17-cv-194-ER |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION AND DERIVATIVE SETTLEMENT
AND NOTICE TO STOCKHOLDERS**

Pursuant to Rules 23(e) and 23.1 of the Federal Rules of Civil Procedure, plaintiff Vinh Du ("Plaintiff"), individually and on behalf of himself and on behalf of the public stockholders of EnteroMedics, Inc.[1] ("EnteroMedics" or the "Company"), nominal defendant EnteroMedics, and defendants Gary Blackford, Dan W. Gladney, Carl Goldfischer, Bobby I. Griffin, Lori C.

---

[1] After this action was filed, Enteromedics, Inc. changed its name to ReShape Lifesciences, Inc.

McDougal, Nicholas L. Teti, Jr., Jon T. Tremmel, Nageeb A. Ansari, Peter M. Delange, Paul F. Hickey, and Scott Youngstrom ("Defendants," and collectively with Plaintiff and EnteroMedics, the "Parties") in the above-captioned action pending in this Court (the "Action"), by and through their counsel of record, submit this joint motion for preliminary approval of the proposed settlement (the "Settlement") set forth in the Stipulation of Settlement and Compromise dated August 13, 2018 (the "Stipulation"), attached as Exhibit A, resolving the Action in its entirety, and in support thereof, state as follows:

1. On August 13, 2018, the parties entered into the Stipulation, which fully sets forth the terms and conditions of the Settlement and is filed concurrently with this Court.

2. The claims brought in this Action were based on allegations that Defendants made false and misleading statements and breached their fiduciary duties in connection with (1) the solicitation of stockholder approval of: (a) an amendment to EnteroMedics's Certificate of Incorporation to effect a reverse stock split of the Company's outstanding and issued shares of common stock (the "Reverse Stock Split"); and (b) an amendment to the Company's Second Amended and Restated 2003 Stock Incentive Plan (the "Amended Plan") that increased the number of shares for issuance under the Amended Plan; and (2) stock options Defendants received in February 2017 after the Reverse Stock Split and Amended Plan were approved by stockholders. The alleged misstatements appeared in the Company's Schedule 14A Definitive Proxy Statement filed with the U.S. Securities and Exchange Commission on November 17, 2016 (the "Proxy").

3. By this Motion, the Parties jointly move the Court to enter an order:

    (i) preliminarily approving the Settlement as set forth in the Stipulation;

    (ii)    approving the form and manner of notice of the Settlement to the Company's stockholders, substantially in the form attached to the Stipulation as Exhibit B; and

    (iii)    scheduling a hearing before this Court to consider final approval of the Settlement and approval of any Fee and Expense Award.

4. A proposed preliminary order ("Order") in conformity with the proposed preliminary order attached to the Stipulation as Exhibit C is submitted herewith.

WHEREFORE, based upon the foregoing, the Parties respectfully request that this Court grant the joint motion for preliminary approval and enter the proposed order submitted herewith.

Dated: August 13, 2018

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

PURCELL JULIE & LEFKOWITZ LLP
Steven J. Purcell
708 Third Avenue, 6th Floor
New York, New York 10017
(212) 725-1000
spurcell@pjlfirm.com

*Attorneys for Plaintiff*

*Attorneys for Plaintiff*

DORSEY & WHITNEY (DELAWARE) LLP

/s/ Alessandra Glorioso
Eric Lopez Schnabel (DE Bar No. 3672)
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Tel: (302) 425-7171
schnabel.eric@dorsey.com
mallard.robert@dorsey.com
glorioso.alessandra@dorsey.com

*Attorneys for Defendants*